

Brown being five years' imprisonment in the penitentiary, and that against Belk Brown being four years' imprisonment in the penitentiary.

Each appellant has filed with this court his affidavit advising the court that he does not further desire to prosecute his appeal, and requesting that the same be dismissed.

Complying with said requests, the appeal is ordered dismissed.

■

## Joe BURNETT v. STATE.
### No. 14371.

Court of Criminal Appeals of Texas.

Oct. 28, 1931.

Duncan & Fanning, of Sulphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction was under the provisions of chapter 195, Acts Regular Session, 41st Legislature, which sought to amend article 602, P. C. 1925, making penal the act of deserting a wife or minor child; punishment was assessed at confinement in the county jail for six months.

The amended act referred to above has been held unconstitutional because of a defective caption. See Ex parte Heartsill (Tex. Cr. App.) 38 S.W.(2d) 803; Smith v. State (Tex. Cr. App.) 39 S.W.(2d) 53; McBrayer v. State (Tex. Cr. App.) 41 S.W.(2d) 245.

The prosecution proceeded in the district court as if it were a felony. The defect in the caption of the act in question was called to the trial court's attention in the motion for new trial.

Under the authorities cited, the judgment must be reversed, and the cause remanded, and it is so ordered.

## Lee BELL v. STATE.
### No. 14611.

Court of Criminal Appeals of Texas.

Oct. 14, 1931.

See, also, 115 Tex. Cr. R. 121, 29 S.W.(2d) 389.

L. D. Griffin, of Plainview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully transporting intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

■

## Milam BROWN and Belk Brown v. STATE.
### No. 14659.

Court of Criminal Appeals of Texas.

Oct. 14, 1931.

J. W. Culwell, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for assault with intent to murder; punishment assessed against Milam